**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Paula Colburn, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:13-cv-11168-RGS |
| | : |
| JC Christensen & Associates, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 10, 2013

                                                              Respectfully submitted,

                                                              PLAINTIFF, Paula Colburn

                                                              /s/ Sergei Lemberg

                                                              Sergei Lemberg, Esq.
                                                             B.B.O. No.: 650671
                                                             **LEMBERG & ASSOCIATES L.L.C.**
                                                             1100 Summer Street, 3rd Floor
                                                             Stamford, CT 06905
                                                             Telephone: (203) 653-2250
                                                             Facsimile: (203) 653-3424
                                                             slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 10, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By /s/ Sergei Lemberg
                  Sergei Lemberg